# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carmen Luisa Velázquez Sánchez    CIVIL NO. 97-2199 (DRD)

v.

Defendant(s) U.S.A.

| MOTION | ORDER |
|---|---|
| Docket entry no. 25 | ☒ GRANTED. |
| Date: Sept 13, 1999 | ☐ DENIED. |
| Title: Motion for extension of time. | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 MAR -7 AM 8:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 03/06/2000.

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**