UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: OCTOBER 11, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　**CASE NO. CIVIL 97-2199 (JAG)**

======================================================================

CARMEN VELAZQUEZ SANCHEZ　　　　　　Attorneys:
　　　　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS

　　　　　　　　　　　　　　　　　　For Defendant:
UNITED STATES OF AMERICA

======================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set for **MONDAY, OCTOBER 30, 2000 AT 3:00 PM BEFORE JUDGE GARCIA GREGORY.**

Parties to be notified.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY