UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                         DATE: OCTOBER 23, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO. CIVIL 97-2199 (JAG)**
==================================================================

CARMEN IRIS VELAZQUEZ                    Attorneys:
SANCHEZ                                    For Plantiff:

           VS
                                           For Defendant:
UNITED STATES OF AMERICA

==================================================================

Plaintiff's motion #32 for continuance of the status conference set for October 30, 2000 is hereby granted. The same is hereby rescheduled for **WEDNESDAY, NOVEMBER 8, 2000 AT 10:30 AM. BEFORE JUDGE GARCIA GREGORY.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy