UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                        DATE: NOVEMBER 8, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**         CASE NO. CIVIL 97-2199(JAG)

===============================================================

CARMEN VELAZQUEZ SANCHEZ                For Plaintiff: Nector
                                        Robles Abraham
         V

UNITED STATES OF AMERICA                For Defendant:
                                        Lilliam Mendoza

===============================================================

Case called for status conference. In this case which was assigned to Judge Dominguez an evidentiary hearing was held before him. Court is returning this case to Judge Dominguez for him to decide the motion to dismiss.

Depending on the outcome of the motion the case may again be reassigned back to Judge Garcia.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

