UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CARMEN VELÁZQUEZ SÁNCHEZ,
et al.,
Plaintiffs,

vs.   CIVIL NO. 97-2199 (DRD)

UNITED STATES OF AMERICA
Defendant.

## JUDGMENT

Pursuant to the Opinion and Order issued on this same date, Plaintiffs' claims against defendant, United States are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ADJUDGED AND DECREED.

January 31, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

AO 72A
(Rev.8/82)