## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARMEN VELAZQUEZ SANCHEZ, et al.,
**Plaintiffs,**

v.                                                        Case Number: 97-2199(DRD)

UNITED STATES OF AMERICA

## ORDER

      Due to certain inadvertent errors made by the Court in the drafting of the Opinion and Order issued on January 31, 2001 (Docket No. 36), the Court hereby issues an Amended Opinion and Order. The Amended Opinion and Order corrects the dates found in pages 1, 3, 5, 6, and 8 of the Opinion and Order (Docket No. 36). An Amended Judgment is to be issued accordingly.

      **IT IS SO ORDERED.**

April _17_, 2001.

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

38⊗