ENTERED ON DOCKET
4/19/01 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN VELÁZQUEZ SÁNCHEZ, et al., Plaintiffs, | |
| vs. | CIVIL NO. 97-2199 (DRD) |
| UNITED STATES OF AMERICA Defendant. | |

### AMENDED JUDGMENT

Pursuant to the Opinion and Order issued on this same date, Plaintiffs' claims against defendant, United States are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ADJUDGED AND DECREED.

April 18, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

AO 72
(Rev 8/82)

